**STATE of Missouri, Plaintiff–Respondent,**

v.

**Samuel CRUMP, Defendant–Appellant.**

**Samuel CRUMP, Movant–Appellant,**

v.

**STATE of Missouri, Respondent–Respondent.**

Nos. 68239, 70296.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 29, 1996.

Gary E. Brotherton, Asst. Public Defender, Columbia, for Defendant–Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for Plaintiff–Respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Defendant appeals from his conviction for one count of second-degree burglary, § 569.170, RSMo 1994. The trial court sentenced him as a prior and persistent offender, § 558.016, to fifteen years' imprisonment, to run concurrently with the sentence in an unrelated case. Defendant alleges the trial court erred when it did not grant a mistrial

*sua sponte* during closing argument after a personal attack by the prosecutor on Defendant's attorney. Defendant also alleges error in the denial of his Rule 29.15 motion without a hearing. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum outlining the reasons for this order affirming the judgments of the trial and motion courts. Rules 84.16(b) and 30.25(b).